**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

PATRICK NATHANIEL REED

Plaintiff,

      v.

BRANDEL EUGENE CHAMBLEE, *et al.*,

Defendants

Civil Action No: 4:22-cv-02778

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Patrick Nathaniel Reed hereby voluntarily dismisses the above-referenced matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), without prejudice, as to all parties involved in the matter.

**Dated**: September 28, 2022

Respectfully submitted,

*/s/ Larry Klayman, Esq.*
Larry Klayman, Esq.
Klayman Law Group, P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5336
Email: leklayman@gmail.com

*/s/Sanjay Biswas*
Sanjay Biswas, Esq.
#24061235—Texas Bar
11720 Duxbury Dr.
Frisco, Texas 75035
Tel: 972-866-5879
Email:sanjaybiswas41@gmail.com

*COUNSEL FOR PLAINTIFF*

## **<u>CERTIFICATE OF SERVICE</u>**

I, Larry Klayman, hereby certify that on this day, September 28, 2022, a copy of the foregoing was filed with the clerk of this Court and served on counsel of record who have entered an appearance in this case using the Court's ECF procedures.

<u>        /s/ Larry Klayman</u>