United States District Court
Southern District of Texas
**ENTERED**
October 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATRICK NATHANIEL REED, § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-02778 |
| § | |
| BRANDEL EUGENE CHAMBLEE, *et al.*, § § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal. Doc. #8. In accordance with Plaintiff's Notice of Voluntary Dismissal and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, it is hereby ORDERED that Plaintiff's claims are DISMISSED without prejudice.

It is so ORDERED.

OCT 1 2 2022
Date

The Honorable Alfred H. Bennett
United States District Judge